

David R. Shyer
Corporate Litigation
125 Broad Street, Floor 7
New York, NY 10004
(212) 440-2746 – *Direct Dial*
David.Shyer@cna.com

January 5, 2023

**VIA ECF**

Hon Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  622 Third Avenue Company, L.L.C. v. National Fire Insurance Company of Hartford, Travelers Property Casualty Company of America, and Harleysville Worcester Insurance Company
Docket No.   :   21-CV-6050 (KPF)

Dear Judge Failla:

We represent defendant NATIONAL FIRE INSURANCE COMPANY OF HARTFORD ("Hartford") in the above-referenced matter. I submit this letter pursuant to your Honor's Individual Rules of Practice 2.C. and 2.D., to request a short extension of time for the parties to submit a joint letter concerning next steps in this case until **January 20, 2023**.

Pursuant to your Honor's Opinion and Order dated and entered December 16, 2022 (the "Order"), plaintiff's motion for partial summary judgment was granted and Hartford's and defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA's ("Travelers") cross-motions were denied. In the Order, your Honor also directed the parties to submit a joint letter to the Court proposing next steps in this case by January 6, 2023. Due to our respective schedules, I have not been able to discuss the Order with my client, and will not be able to do so until he returns to the office on January 10. All counsel are scheduling a telephone conference to take place soon thereafter, which would allow the parties to submit the joint letter on or before January 20.

Counsel for all parties consent to this request.

Respectfully Submitted,

David R. Shyer

Cc:   All counsel via ECF

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 75.

Dated:     January 5, 2023              SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE